IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CR-00048-KDB-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARTIN VIDAL SANTILLAN (13) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for compassionate release based on his declining medical condition under the First Step Act of 2018. (Doc. No. 391).

Section 603(b) of the Act amended 18 U.S.C. § 3582(c)(1)(A), which previously only allowed a court to reduce a term of imprisonment on motion of the Director of the Bureau of Prisons. Now a court may entertain a motion filed by a defendant: (1) after full exhaustion of all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on his behalf; or (2) after lapse of 30 days from the receipt of such a request by the warden of his facility, whichever is less.

The motion fails to show that the defendant has fully exhausted his administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on his behalf or that 30 days have elapsed from the warden's receipt of a request. Therefore, the Court is without authority to consider the merits of his claim.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion (Doc. No. 391), is **DENIED** without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 12, 2020

Kenneth D. Bell
United States District Judge