# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cr-48-KDB-SCR-13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER OF INSTRUCTIONS** |
| ) | |
| MARTIN VIDAL SANTILLAN, ) | |
| ) | |
| DEFENDANT. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant filed a *pro se* "Motion for Leave to File a Writ of Habeas Corpus Under § 2255" in this case. [Doc. 442]. On August 8, 2023, the Court entered an Order informing the Defendant that it intends to recharacterize this filing as a Motion to Vacate pursuant to 28 U.S.C. § 2255 pursuant to United States v. Castro, 540 U.S. 375 (2003). [Doc. 444]. The Court afforded the Defendant the opportunity to withdraw his "Motion for Leave to File…" within 30 days and cautioned him that, "[i]f the Defendant does not timely file a Notice withdrawing his 'Motion for Leave to File…,' it will be recharacterized as a § 2255 Motion to Vacate."  [Id. at 4].

The Defendant has failed to file a Notice withdrawing his filing and the time to do so has expired.  The "Motion for Leave to File…" is, therefore, recharacterized as a § 2255 Motion to Vacate.  The Clerk of Court is hereby directed to open the "Motion for Leave to File…" as a "Motion to Vacate" pursuant to § 2255 in a new civil case, and to docket the August 8 Order as a "Castro Order" in that case.

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's *pro se* "Motion for Leave to File a Writ of Habeas Corpus Under § 2255" [Doc. 442] is recharacterized as a § 2255 Motion to Vacate.

2. The Clerk of Court is instructed to open a new civil § 2255 case in which Docket Entry 442 shall be docketed as a "Motion to Vacate," and Docket Entry 444 shall be docketed as a "Castro Order."

Signed: September 18, 2023

Kenneth D. Bell
United States District Judge